# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA VOTER,** | : | **CIVIL ACTION** |
| **Derivatively on Behalf of Ocugen, Inc.,** | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **SHANKAR MUSUNURI, et al.,** | : | |
| *Defendants*. | : | NO. 21-cv-04169 |

## O R D E R

**AND NOW**, this 23rd day of May 2024, after review of the docket and upon consideration of Plaintiff's Response to Order to Show Cause (ECF No. 11), it is hereby **ORDERED** that:

1. This matter shall be removed from stay.

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**